UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MATTHEW KEY,

    Plaintiff,

v.                                   Case No: 5:12-cv-415-Oc-18PRL

COMMISSIONER OF SOCIAL SECURITY,

    **Defendant.**

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's appeal to the District Court of an administrative decision denying his application for a period of disability and disability insurance benefits. The Court having reviewed the report and recommendation of the magistrate judge (Doc. No. 21), the objections filed by the defendant (Doc. No. 22), and the reply by the Commissioner (Doc. 23), it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED and ADOPTED. The decision of the Commissioner is AFFIRMED under sentence four of 42 U.S.C. § 405(g). Clerk of the Court is directed to issue a judgment consistent with this Order and CLOSE the case.

**DONE AND ORDERED** at Orlando, Florida, this 4 day of September, 2013.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties